# UNITED STATES DISTRICT COURT

\*\*\*\*          DISTRICT OF    NEVADA

MICHAEL PAUL SCARLETT,

     Plaintiff,       JUDGMENT IN A CIVIL CASE
  v.

          CASE NUMBER:   3:16-CV-00320-MMD-WGC

NANCY A. BERRYHILL, Acting
Commissioner of Social Security Administration

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** the Report and Recommendation ECF No. 18 is accepted and adopted in full.

    **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Motion for Reversal and/or Remand ECF No. 13 is denied.

    **IT IS FURTHER ORDERED AND ADJUDGED** that The Commissioner's Cross-Motion to Affirm ECF No. 16 is granted. Judgment is hereby entered and this case is closed.

 August 14, 2017                      **DEBRA K. KEMPI**
                                                     Clerk

                                            /s/ K. Walker
                                               Deputy Clerk